**CITY OF KANSAS CITY, Missouri, Respondent,**

v.

**WOODSWETHER DEVELOPMENT, Appellant.**

**No. WD 54668.**

Missouri Court of Appeals,
Western District.

June 30, 1998.

Joseph Borich III, Leawood, James Jackson, Kansas City, for Appellant.

Walter O'Toole, Asst. City Atty., Kansas City, for Respondent.

Before HOWARD, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

A jury awarded Woodswether Development $547,000 to compensate it for property which the City of Kansas City had condemned. Woodswether Development appeals. We affirm the circuit court's judgment. Rule 84.16(b).